**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01279-CR

### THE STATE OF TEXAS, Appellant

### V.

### KRIS DEMAURICE CLINTON, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-80918-2015**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER.**


/s/     DAVID J. SCHENCK
            JUSTICE